IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GLEN R. JEFFERY, JR.,

    Plaintiff,

v.

PAMANDING SANNEH, et al.

    Defendants.

ORDER

Case No.  23-cv-117-wmc

---

On February 22, 2023, this court entered an order directing plaintiff Glen R. Jeffery, Jr. to submit by March 16, 2023 the $402 filing fee or a motion for leave to proceed *in forma pauperis* supported by a certified copy of his trust fund account statement for the six-month period preceding the filing of his complaint.  Now plaintiff has filed a motion for extension of time to submit his trust fund account statement. Plaintiff's request for an extension of time to is granted.  Plaintiff may have until April 10, 2023 to submit the certified trust fund account statement.

Plaintiff also requests an order to use release account funds to pay for copies of the account statement.  With the exception of initial partial payments, federal courts lack the authority to tell state officials whether and to what extent a prisoner should be able to withdraw money from a release account.  Plaintiff cannot use the release account funds to pay the cost of copies, and so plaintiff's motion will be denied.

ORDER

IT IS ORDERED that:

1. Plaintiff Glen R. Jeffery, Jr.'s request for use of his release account funds to pay for copies in this case (Dkt. #5) is DENIED.

2. Plaintiff's request for an extension of time (Dkt. #5) is GRANTED. Plaintiff may have until April 10, 2023, to submit a certified copy of his six-month trust fund account statement for the period beginning approximately August 21, 2022 and ending approximately February 21, 2023. If, by April 10, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily and the case will be closed without prejudice.

Entered this 17th day of March, 2023.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge